

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In re Rius Rentals, LLC
and Franklin Pohlmann

\* Original Mandamus Proceeding

No. 11-21-00211-CV

\* November 4, 2021

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that Relators' petition for writ of mandamus should be conditionally granted in part. Therefore, in accordance with this court's opinion, we grant the petition for writ of mandamus, in part, and direct the Honorable John Shrode to vacate the orders that he signed on May 11, 2021, in which he denied Relators' motions to compel. A writ of mandamus will issue only if Judge Shrode fails to act by November 15, 2021. We deny the petition for writ of mandamus to the extent that Relators request that we direct Judge Shrode to grant the motions to compel.